

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

VERNON LEE HARRY, JR.,  )
   )
   Plaintiff, )
v. ) Civil Action No. 11CV813–HEH
   )
SUPERINTENDENT HULL, )
   )
   Defendant. )

**MEMORANDUM OPINION**
(Dismissing Action Without Prejudice)

By Memorandum Order entered on December 22, 2011, the Court conditionally docketed Plaintiff's action. The December 22, 2011 Memorandum Order informed Plaintiff that he must immediately advise the Court in the event he is transferred, released or otherwise relocated while the action is pending. On December 17, 2012, the United States Postal Service returned a November 7, 2012 Memorandum Order to the Court marked, "RETURN TO SENDER," "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
Henry E. Hudson
United States District Judge

Date: May 14, 2013
Richmond, Virginia